```
COLIN T. GREENE, SBN 167380
HANLON & GREENE, A Professional Corpora
THE CORPORATE CENTER
225 S. LAKE AVENUE, 11TH FLOOR
PASADENA, CA 91101
(626) 585-8005
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SHELLANE DIVINAGRACIA | CASE NUMBER |
|---|---|
| Plaintiff(s), | C06 -00814PJH |
| v. | |
| THE UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES; (See Attachment) | NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

[X] This action is dismissed by the Plaintiff(s) in its entirety.

[ ] The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

[ ] The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

[ ] The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

[ ] **ONLY** Defendant(s) THE UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES; (See Attachment)
is/are dismissed from (*check one*) [ ] Complaint, [ ] Counterclaim, [ ] Cross-claim, [ ] Third-Party Claim brought by _____ .

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

March 07, 2006
*Date*

*Signature of Attorney/Party*
COLIN T. GREENE

NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

3/14/06

IT IS SO ORDERED
Judge Phyllis J. Hamilton

CV-9 (07/01)   NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)   CCD-09